Michael J. Neary
vs
Oakland Beach Amusement
Ass'n., Inc. } No. 1760

RESCRIPT
March 21, 1927

CARPENTER, J. This case was tried in East Greenwich before a jury in November, 1926, and occupied the attention of the court and jury November 17, 18, 19, 22 and 23. The jury returned a verdict for the plaintiff in the sum of $5720.00. Within the time prescribed by law, the defendant filed a motion for a new trial, which was heard on the 12th of February, 1927, said motion alleging the following grounds:

1. That said verdict is against the evidence and the weight thereof.

2. That said verdict is against the law.

3. That said verdict is against the law and the evidence and the weight thereof.

4. That said verdict is grossly excessive.

5. That since the trial of said case the defendant has discovered new and material evidence which was not known to it at the time of said trial and could not have been discovered by reasonable diligence, as to be shown by affidavits filed.

The fifth reason given in said motion was not argued, nor were any affidavits produced, so apparently the defendant abandons its fifth ground.

It appeared from the evidence that the plaintiff was engaged by the defendant corporation to erect a roller coaster at Oakland Beach, in the Town of Warwick, R. I., and was to receive as compensation a sum equal to 15% of the total cost of the labor and material necessary for the erection of said coaster. A written agreement was introduced in evidence, which agreement, although signed after the roller coaster had been completed, apparently set out the agreement between the parties. The defendant refused to pay what the plaintiff claimed to be due under his contract, and the plaintiff brought suit to recover. It appeared from the evidence that there was a dispute as to the cost of the labor and materials used, and also the defendant set up in recoupment various amounts that it claimed it was necessary for it to expend on the roller coaster because of poor construction.

The case was exhaustively tried, many figures and items being pre-

sented, and, as submitted to the jury, presented many disputed questions of fact, and it seems to the Court that the amount arrived at showed that the jury very carefully considered every item of the case. The Court also feels that the jury were justified in returning the verdict and approves the same.

Motion for a new trial denied.

For Plaintiff: Wilson, Churchill & Curtis.

For Defendant: McGovern & Slattery.

Motion for a new trial denied.